THOMAS E. FRANKOVICH (State Bar No. 074414)
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*
1832-A Capitol Street
Vallejo, CA 94590

Telephone: (415) 444-5800
Facsimile: (415) 674-9900
Email: tfrankovich@disabilitieslaw.com

Attorney for Plaintiff
BYRON CHAPMAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, ) | Case No. 5:16-cv-02973-HRL |
| Plaintiff, ) | |
| ) | **PLAINTIFF'S CONSENT TO PROCEED** |
| v. ) | **BEFORE A UNITED STATES** |
| ) | **MAGISTRATE JUDGE** |
| TAQUERIA JUQUILITA; SUSAN CHO ) | |
| as TRUSTEE UNDER THE WILL OF ) | |
| MON G. CHO aka MON CHO ) | |
| ) | |
| Defendants. ) | |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), plaintiff in the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: June 9, 2016

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: /s/ Thomas E. Frankovich
Thomas E. Frankovich
Attorney for Plaintiff BYRON CHAPMAN